ACCEPTED
06-14-00186-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/16/2015 10:07:46 AM
DEBBIE AUTREY
CLERK

**06-14-00186-CR through 06-14-00189**

| | | |
|---|---|---|
| **DARRIAN DAVIS-SANDERS,** | § | **IN THE COURT OF APPEALS** |
| **Appellant** | § | |
| **V.** | § | **SIXTH JUDICIAL DISTRICT** |
| | § | |
| **STATE OF TEXAS,** | § | **TEXARKANA, TEXAS** |
| **Appellee** | § | |

6th COURT OF APPEALS
TEXARKANA, TEXAS
6/16/2015 10:07:46 AM
DEBBIE AUTREY
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

COMES NOW the State of Texas, by and through her assistant criminal district attorney and presents this *Motion for Extension of Time to File Brief*, and in support thereof would respectfully show the Court the following:

1. The brief in this case was due to be filed on or before June 15, 2015. Due to a calendaring mistake, counsel for the State erroneously believed the brief in these cases was due on or before June 16, 2015. There have been no extensions of time requested by or granted to the State.

2. On June 8, 2015, counsel for the State was required to appear as lead trial counsel in cause nos. CR-14-25155 through CR-14-25158, each styled *State of Texas v. Michael Edward Winchester*, and in cause no. CR-14-25107, the *State of Texas v. Kimberly Mueller Merwin*, in the 336th District Court of Fannin County, Texas. Defendant Winchester is charged with several acts of sexual abuse against his minor step-daughter. Defendant Merwin is charged with tampering with Winchester's victim. Given the nature of the charges, as well as the age and maturity of the victim and other witnesses in the case, the trials were unusually cumbersome and time-consuming to prepare. Furthermore, at or shortly before the trial date, both defendants independently moved for additional time to prepare, which the trial court granted. Although counsel for the State was not required to try these cases on June 8, he was nonetheless required to expend considerable effort in preparing them for trial on that date.

3. The amount of preparation required for the above-described trials, as well as the expanded workload required of counsel has deprived him of a sufficient opportunity to review the record in this case and prepare an adequate response to Appellant's points of error.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully prays this Court grant its motion and allow the State a 30-day extension of time in which to file its brief in this matter. The State further requests any and all such additional relief as this Court may deem just and appropriate.

Dated: June 16, 2015

Respectfully submitted,

/s/     *John B. Setterberg*
John B. Setterberg
State Bar No. 24043915
Assistant Criminal District Attorney
Fannin County, Texas
101 E. Sam Rayburn Dr., Ste. 301
Bonham, Texas 75418
903-583-7448
903-583-7682 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby represents that a true and correct copy of the foregoing was delivered to counsel for Appellant by electronic mail and deposit in counsel's mailbox in the Criminal District Attorney's office on this the 16th day of June, 2015.

/s/     *John B. Setterberg*
John B. Setterberg
Assistant Criminal District Attorney
Fannin County, Texas